# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-601
Lower Tribunal No. 19-27950
_____

**Atlas General Holdings, LLC, etc., et al.,**
Appellants,

vs.

**Sutton National Insurance Holdings, LLC, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Duane Morris LLP, and Alvin D. Lodish and Richard D. Shane, for appellants.

Stearns, Weaver, Miller, Weissler, Alhadeff, & Sitterson, P.A., and Alan H. Fein, Jason S. Koslowe, and Coral Del Mar Lopez, for appellees.

Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.